OPINION — AG — AN INDIVIDUAL CANNOT LEGALLY SERVE AS A COMMISSIONER OF THE URBAN RENEWAL AUTHORITY AT THE SAME TIME HE IS SERVING AS A COMMISSIONER OF THE OKLAHOMA HOUSING AUTHORITY; AND SHOULD HE DO SO THE ACCEPTANCE OF THE SECOND OFFICE WOULD OPERATE IPSO FACTO TO VACATE THE FIRST OFFICE. (DUAL OFFICE HOLDING) CITE: 51 O.S. 1961 6 [51-6], 11 O.S. 1961 1651 [11-1651], 63 O.S. 1965 Supp., 1051 [63-1051] [63-1051], ARTICLE II, SECTION 12 (JEFF HARTMANN) ** SEE: OPINION NO. 73-114 (1973) **